UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



UNITED STATES OF AMERICA

V.   Case No. 1:18-cv-20667-CMA
                1:17-cr-20393-CMA-2

JUAN CARLOS POZO NAVARRETE

MOTION TO WITHDRAW MOTION TO VACATE PURSUANT TO 28 U.S.C. §2255

---

Comes now, Petitioner Juan Carlos Pozo Navarrete, Pro Se and without the benefit of counsel, respectfully moves this Honorable Court for the entry of an Order Withdrawing his motion to vacate, set aside and correct a sentence pursuant to 28 U.S.C. §2255.

In support, thereof Juan Carlos Pozo Navarrete states as follows:

1. Juan Carlos Pozo Navarrete filed a Pro Se Motion to vacate, set aside or correct a sentence on February 21, 2018.

2. Juan Carlos Pozo Navarrete is aware and understands that the his motion that he filed was wrong, due the advice of an inmate named Estrada, that cheated him with information that is not real.

3. Juan Carlos Pozo Navarrete knowingly, freely and voluntary desires to withdraw his motion to vacate, set aside or correct a sentence pursuant to 28 U.S.C. §2255.

4. Juan Carlos Pozo Navarrete apoligizes for the time and expenses incurred with this motion.

Respectfully submitted,

                        Juan Carlos Pozo Navarrete
                        14788-104
                        D. Ray James C.F.
                        P.O. Box 2000
                        Folkston, GA 31537

## CERTIFICATE OF SERVICE

I, Juan Carlos Pozo Navarrete under penalty of perjury, hereby certifies that this is a true and correct copy of : Motion to withdraw motion to vacate pursuant to 28 U.S.C. §2255.

To:     Clerk of the Court
        Southern District of Florida
        United States Courthouse
        400 North Miami Avenue
        Miami, FL 33128

And deposited at the United States Mail Service at D. Ray James C.F. at Folkston, Georgia.

Dated this August 13th, 2018.

                        Juan Carlos Pozo Navarrete

JUAN CARLOS POZO NAVARRETE
14788-104
D. Ray James C.F.
P.O. Box 2000
Folkston, GA 31537

USMS INSPECTED RECEIVED

Clerk of the Court
United States Courthouse
400 North Miami Avenue
Miami FL 33128

LEGAL MAIL


